E-FILED 10/12/2007

IN THE UNITED STATES BANKRUPTCY COURT
For the  DISTRICT of NEVADA
RENO DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter:   13 |
| Laura E. Gibbs | ) | |
| | ) | REQUEST FOR SPECIAL NOTICE |
| | ) | Case Number: 07-50181 |
| Debtor(s) | ) | [No Hearing Required] |

TO THE CLERK:

The undersigned attorneys for:
ECAST FOB WELLS FARGO

a creditor of the above referenced debtor.

Pursuant to the provisions of the Bankruptcy Code and Bankruptcy Rule 2002:

REQUEST IS HEREBY MADE that ECAST FOB WELLS FARGO be given and served with all notices given or required to be given in the case as follows:

ECAST FOB WELLS FARGO
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712

Accordingly, the undersigned attorney further requests that the foregoing name and address be added to the Master Mailing List.

Dated: 10/08/07
Account Number: ****************0001

Respectfully submitted,
Bass & Associates, P.C.

By: /s/ Patti H. Bass  (AZ 016849)
Attorneys for Creditor
ECAST FOB WELLS FARGO
3936 E Ft Lowell Rd Suite 200
Tucson, AZ  85712-1083
(520) 577-1544
ecf@bass-associates.com