**Entered on Docket
March 01, 2011**

_____
**Hon. Bruce T. Beesley
United States Bankruptcy Judge**
_____

WILLIAM A. VAN METER, ESQ.
Nevada State Bar No. 2803
P.O. Box 6630
Reno, Nevada 89513
Telephone: (775) 324-2500
maryc13@nvbell.net

Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:                                                             CASE NO. BK-N 07-50181-GWZ

LAURIE E. GIBBS,
                                                                   CHAPTER 13

                   Debtor.                          **ORDER SUSTAINING TRUSTEE'S
                                                    OBJECTION TO CLAIM**

                                                    Hearing Date: February 4, 2011
                                                    and Time: 1:30 pm
_____/

Having reviewed the Trustee's objection to the claim of ECMC, the objection to claim having been properly served, the Court having received no written response and request for a hearing from the claimant pursuant to the terms of the Trustee's Notice, and for other good cause appearing;

IT IS ORDERED that the claim is disallowed.

<u>ALTERNATIVE METHODS re: RULE 9021:</u>

In accordance with L.R. 9021, the undersigned certifies:

    _____ The court waived the requirements of L.R. 9021.

    _____ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and each has:

        _____ approved the form of this order as indicated above;
        _____ waived the right to review the order; and/or
        _____ failed to file and serve papers in accordance with L.R. 9021(c).

    _____ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with L.R. 9021(c) and the following have disapproved the form of the order:

    NONE

    <u> X   </u> No response was filed.

**Dated:** February 24, 2011

                                            /S/ Mary Rivinius
                                            Mary Rivinius
                                            Assistant to William A. Van Meter, Trustee
                                            P.O. Box 6630
                                            Reno, NV  89509

                                        ###